UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 23-01301-AB(KSx) | Date: | June 7, 2024 |
| Title: | Milton Quinones v. XPO Logistics, Inc. et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Daniel Tamayo | April Lassiter-Benson |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Shaun Markley | Scott Voelz |

**Proceedings:** PLAINTIFF MILTON QUINONES' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS [46];

PLAINTIFF MILTON QUINONES' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT [47]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby orders:

Plaintiff Milton Quinones' Notice of Motion and Motion for Attorneys' Fees, Costs, And Service Awards [46] is GRANTED.

Plaintiff Milton Quinones' Notice of Motion and Motion for Final Approval of Class Action and PAGA Settlement [47] is GRANTED.

Plaintiff is ORDERED to lodge a Proposed Order for the Motion for Final Approval of Class Action Settlement [47] by June 10, 2024.