1  **NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
2  Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
3  225 Broadway, 19th Floor
San Diego, California 92101
4  Telephone: (619) 325-0492
Facsimile: (619) 325-0496
5  Email: cnicholas@nicholaslaw.org
Email: smarkley@nicholaslaw.org
6  Email: jbelcastro@nicholaslaw.org

7  Attorneys for Plaintiff MILTON QUINONES,
an individual, on behalf of himself and others similarly situated
8

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILTON QUINONES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STG LOGISTICS, INC., a California corporation; STG CARTAGE, LLC, a Delaware corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 2:23-cv-01301-AB-KS<br><br>**NOTICE OF LODGING AND LODGING OF [Proposed] FINAL ORDER AND JUDGEMENT**<br><br>**Judge**: Hon. André Birotte Jr.<br>**Magistrate**: Hon. Karen L. Stevenson<br><br>**SAC Filed**: November 27, 2023<br>**Trial:** None Set |

1 | Plaintiff Milton Quinones hereby lodges the following document in support of his Motion for Final Approval of Class Action and PAGA Settlement.

1. [Proposed] FINAL ORDER AND JUDGEMENT

Respectfully submitted,

Dated: June 21, 2024

**NICHOLAS & TOMASEVIC, LLP**

By: _____
Craig M. Nicholas (SBN 178444)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org

Attorneys for Plaintiff MILTON QUINONES, an individual, on behalf of himself and others similarly situated