1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13

MILTON QUINONES, an individual, on behalf of himself and all others similarly situated,

Plaintiff,

14

v.

15
16
17

STG LOGISTICS, INC., a California corporation; STG CARTAGE, LLC, a Delaware corporation; and DOES 1 through 100, inclusive

18

Defendants.

19

Case No. 2:23-cv-01301-AB-KS

CLASS ACTION

[PROPOSED] ORDER GRANTING FINAL SETTLEMENT AND MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD AND JUDGMENT

20          Plaintiff Milton Quinones ("Plaintiff"), on behalf of himself and the Class,

21   and Defendants STG Logistics, Inc. and STG Cartage, LLC f/k/a/ XPO Logistics

22   Cartage, LLC) ("STG" or "Defendants") (collectively, the "Parties") entered into a

23   Class Action Settlement Agreement (the "Settlement") in this action.

24          The provisions of the Court's Order Granting Preliminary Approval of Class

25   Action Settlement, Approving Form and Manner of Notice, and Setting Date for

26   Fairness Hearing ("Preliminary Approval Order") as to notice of the settlement

27   were fully complied with, and notice to the Class was given in the manner required

28   by the Court.

On May 24, 2024, Plaintiff moved for Final Approval of the Settlement, as set forth in the Preliminary Approval Order. Plaintiff's Motion for Final Approval of the Settlement includes a request for final approval of the settlement of claims under the California Labor Code Private Attorney General Act ("PAGA"), as required by California Labor Code § 2699, subdivision (l), for the civil penalties sought as part of the Settlement.

The Court held a Final Approval Hearing on June 7, 2024, at which time all interested persons were afforded the opportunity to be heard. The Court has considered the Plaintiff's Motion, all papers and evidence submitted in connection therewith, the Settlement, and all of the submissions and arguments presented at the Final Approval Hearing with respect to the proposed Settlement.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.      This Final Approval Order and Judgment ("Judgment") incorporates by reference the definitions in the Settlement, and all capitalized terms used in this Judgment that are not otherwise defined shall have the same meanings as those set forth in the Settlement.

2.      This Court has jurisdiction over the subject matter of the action, and over all Parties and all those found by the Court to be members of the class (the "Class Members").  The Court hereby **GRANTS** final certification of members who did not submit an Opt-Out Form to the Settlement Administrator as members of a certified class (the "Class") for settlement purposes only.  A final list of the certified Class Members is attached hereto as **Exhibit A**.  Notwithstanding the foregoing, the Court does retain jurisdiction over the opt-outs for the limited purposes of the settlement of the PAGA claims.

3.      The notification provided for and given to the Class: (1) was provided and made in full compliance with the Court's Preliminary Approval Order; (2) constituted the best notice practicable under the circumstances; (3) constituted notice that was reasonably calculated to apprise the Class of the terms of the

Settlement, of the proposed plan of allocation, of Class Counsel's application for an award of attorneys' fees and litigation expenses incurred in connection with this action, of Class Counsel's application for a Service Award to Plaintiff, and of the right of Class Members to appear at the Fairness Hearing; (4) constituted due, adequate, and sufficient notice to all persons entitled to receive notice of the proposed Settlement; and (5) fully satisfied the notice requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause of the Fifth Amendment to the Constitution), and all other applicable law and rules.

4.     No objections were submitted.

5.     In light of the substantial benefits provided to the Class by the Settlement, the complexity, expense and possible duration of further litigation of the action, including any possible appeals, the risks of establishing liability and damages, and the costs of continued litigation, the Court hereby fully and finally **approves** the settlement as set forth in the Parties' Settlement in all respects, including, without limitation, the PAGA penalties sought therein, and finds that the Settlement is, in all respects, fair, reasonable and adequate, and in the best interests of Plaintiff, the Class, and the Class Members.

6.     This Court further finds that the Settlement is the result of arms-length negotiations conducted under the supervision of a neutral mediator by highly experienced counsel representing the interests of their respective Parties.

7.     Plaintiff and Defendants (collectively, the "Settling Parties") are hereby ordered to consummate the Settlement in accordance with the terms and provisions therein.

8.     The settlement of the PAGA claims released in the Settlement is approved on behalf of the "aggrieved employees," as that term is used in California Labor Code § 2698, *et seq*.  Settlement of the PAGA claims is binding on the Parties, aggrieved employees, and the California Labor and Workforce

Development Agency ("LWDA"), including all members of the Class as well as those that opted-out.

9.     The operative Second Amended Complaint in this action, filed on November 27, 2023, is hereby dismissed in its entirety, with prejudice, and without costs to any party, except as otherwise provided in the Settlement.

10.     The Court further finds that during the course of the action, the Settling Parties and their respective counsel at all times complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

11.     Upon the Effective Date of the Settlement, Plaintiff and all other Class Members, on behalf of themselves and each of their respective heirs, executors, trustees, administrators, predecessors, successors, and assigns, shall be deemed to have fully, finally and forever waived, released, discharged, and dismissed each and every one of the Released Claims as against each and every one of the Releasees, and shall forever be barred, enjoined and restrained from commencing, instituting, prosecuting or maintaining any and all of the Released Claims against any and all of the Releasees.

12.     Each Class Member is bound by this Judgment, including, without limitation, the release of claims set forth above.  Any persons or Related Entities that validly and timely request exclusion from the Class by submitting an Opt-Out Form will be excluded from the Class and are not Class Members but remain bound by the Settlement with respect to the resolution of the PAGA claims.  The persons listed in **Exhibit B** hereto have validly and timely requested exclusion from the Class by submitting an Opt-Out Form, such that those persons are excluded from the Class and are not Class Members but remain bound by the Settlement with respect to the resolution of the PAGA claims.

13.     This Judgment and the Settlement, whether or not consummated, and any discussions, negotiations, proceedings or agreements relating to the Settlement, and any matters arising in connection with settlement discussions or

negotiations, proceedings, or agreements, shall not be offered or received against or to the prejudice of the Settling Parties, or their respective counsel, for any purpose other than in an action to enforce the terms hereof, and in particular:

a.      do not constitute, and shall not be offered or received against or to the prejudice of Defendants as evidence of, or construed as, or deemed to be evidence of any presumption, concessions, or admissions by Defendants with respect to the truth of any allegation by Plaintiff and the Class, or the validity of any claim that has been or could have been asserted in the action or in any litigation, including, but not limited to, the Released Claims, or of any liability, damages, negligence, fault or wrongdoing of Defendants or any person whatsoever;

b.      do not constitute, and shall not be offered or received against or to the prejudice of Defendants as evidence of a presumption, concession, or admission of any fault, misrepresentation, or omission with respect to any statement or written document approved or made by the Defendants, or against or to the prejudice of Plaintiff or any other Class Member(s) as evidence of any infirmity in the claims of Plaintiff or the other Class Members;

c.      do not constitute, and shall not be offered or received against or to the prejudice of Defendants, Plaintiff, and any other Class Member(s), or their respective counsel, as evidence of a presumption, concession, or admission with respect to any liability, damages, negligence, fault, infirmity or wrongdoing, or in any way referred to for any other reason against or to the prejudice of any of the Defendants, Plaintiff, and Class Members, or their respective counsel, in any other civil, criminal or administrative action or proceeding, other than such proceedings as may be necessary to effectuate the provisions of the Settlement;

d.      do not constitute, and shall not be construed against Defendants, Plaintiff, or any other Class Member(s), as an admission or concession that the consideration to be given hereunder represents the amount which could be

1    or would have been recovered after trial; and

2            e.      do not constitute, and shall not be construed as or received in

3    evidence as an admission, concession, or presumption against Plaintiff or any other

4    Class Member(s) that any of their claims are without merit or that damages

5    recoverable in the action would not have exceeded the Settlement Payment.

6        14.    In the event that the Settlement does not become effective in

7    accordance with the terms provided therein, then this Judgment shall be rendered

8    null and void to the extent provided by and in accordance with the Settlement and

9    shall be vacated; and in such event, all orders entered and releases delivered in

10   connection herewith shall be null and void to the extent provided by and in

11   accordance with the Settlement.

12       15.    Without further order of the Court, the Settling Parties may agree to

13   reasonable extensions of time to carry out any of the provisions of the Settlement.

14       16.    The Court finds that the requested attorneys' fees, costs, and service

15   award are fair and reasonable. Accordingly, the Court **GRANTS** the Plaintiff's

16   Motion for Attorneys' Fees, Costs, and Service Award. Such order shall in no way

17   disturb or affect this Judgment, and shall be considered separate and apart from the

18   Settlement and this Judgment. The Court hereby **approves** Class Counsel's

19   application for attorneys' fees, costs, and a Service Award, as follows:

20           a.      The Court grants Class Counsel's request for attorneys' fees in

21   the amount of $1,050,000 (or 25% of settlement value).

22           b.      The Court grants Class Counsel's request for reimbursement of

23   costs in the amount of $18,184.13.

24           c.      The Court grants Plaintiff's request for a service award of

25   $15,000.

26       17.    Without affecting the finality of this Judgment in any way, this Court

27   hereby retains continuing jurisdiction over: (1) implementation of the Settlement;

28   (2) any award or distribution of the Class Settlement Fund; (3) disposition of the

[Proposed] FINAL ORDER AND JUDGMENT

Class Settlement Fund; (4) hearing and determining applications for attorneys' fees, costs, a Service Award, and payment of expenses in the action; (5) all Settling Parties for the purpose of construing, enforcing and administering the Settlement and this Judgment; and (6) all other matters related or ancillary to the foregoing.

**IT IS SO ORDERED.**

Dated:  June 25, 2024

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

[Proposed] FINAL ORDER AND JUDGMENT

# EXHIBIT A

| No. | Authorized Individual or Officer |
|---|---|
| 1. | Abarca, Ringo |
| 2. | Ackerman, John |
| 3. | Acosta, Ruben |
| 4. | Aguilar, Eddy |
| 5. | Aguilar, Juan M Diaz |
| 6. | Aguilar, Manuel |
| 7. | Aguilar, Roberto |
| 8. | Aguilera, Joel |
| 9. | Aguirre, Jaime |
| 10. | Ahumada, Salvador Mora |
| 11. | Alcala, Carlos |
| 12. | Alcala, Mauricio |
| 13. | Alexander, Demonte Raymond |
| 14. | Alfaro, Benjamin |
| 15. | Aljbory, Ali |
| 16. | Aljumaili, Ahmed Basim |
| 17. | Alkady, Andrew Amr |
| 18. | Alkas, Mukhlis |
| 19. | Alsadoon, Mohammed |
| 20. | Alsarray, Muayad Jassim |
| 21. | Alshuailat, Ali I |
| 22. | Alvarado, Fredy A |
| 23. | Alvarado, Jose Antonio |
| 24. | Alvarado, Steven Joseph |
| 25. | Alvarenga, Jose Carlos |
| 26. | Alvarez, Alejandro |
| 27. | Alvarez, Angel |
| 28. | Alvarez, Josue |
| 29. | Arby, Tareq Jay |
| 30. | Arce, Francisco Javier Alvarado |
| 31. | Arceo, Vicente |
| 32. | Arredondo, Noe Torres |
| 33. | Arreola, Donaciano |
| 34. | Arteaga, Raymundo Gomez |
| 35. | Atwal, Kulwinder Singh |
| 36. | Avalos, Adolfo Rogelio |
| 37. | Barragan, Federico Y |
| 38. | Barraza, Elias Armando |

| 39. | Barreto, Liliana |
| 40. | Behnam, Fanar |
| 41. | Beltran, Alvaro |
| 42. | Bernal, Adalberto |
| 43. | Blanton, Regis Ladon |
| 44. | Bonilla, Jose B Cruz |
| 45. | Brown, Jason |
| 46. | Buencamino, Emilio Espiritu |
| 47. | Buksh, Shameer Nishan |
| 48. | Bustamante, Pedro Trejo |
| 49. | Caballero, Carlos |
| 50. | Cain, Kevin |
| 51. | Camarena, Enrique |
| 52. | Caminos, Julio A |
| 53. | Campos, Alfonso Limon |
| 54. | Canty, Isaac Blake |
| 55. | Cardenas, Luis Reyes |
| 56. | Cardozo, Marcos Tablas |
| 57. | Carrillo, Pedro |
| 58. | Carvajal, Eduardo Montano |
| 59. | Castillo, Jerry |
| 60. | Castro, Ignacio |
| 61. | Catarino, Juan Manuel |
| 62. | Cazarez, Javier |
| 63. | Ceballos, Sergio J |
| 64. | Cevallos, David S |
| 65. | Chamraia, Vivek |
| 66. | Chandhok, Harsahib Singh |
| 67. | Chavez, Anthony Guadalupe Ramon |
| 68. | Chavez, Francisco Antonio |
| 69. | Chavez, Jaime Villalvazo |
| 70. | Chavez-Montano, Arturo |
| 71. | Chibukhchyan, Armen |
| 72. | Cleveland, Raymond S |
| 73. | Cobian, Julio |
| 74. | Connish, Jamal Ray |
| 75. | Contreras, Bryan |
| 76. | Contreras, Derek Jonathan |
| 77. | Contreras, Miguel |

| 78. | Cook, Bryon L |
|---|---|
| 79. | Cortes, Fortino |
| 80. | Cortes, Jesus A Perez |
| 81. | Cotright, Steven |
| 82. | Cruz, Arthur |
| 83. | Cruz, Jose |
| 84. | Cruz, Manuel |
| 85. | Cuadros, Rosie M |
| 86. | Cuevas, Brian Alexis |
| 87. | Cuevas, Juventino |
| 88. | Curiel, Carlos Arias |
| 89. | Dacostta, William A |
| 90. | Danial, Danial Eskander |
| 91. | Daniel, Larry |
| 92. | Daniels, Gerald W |
| 93. | Dashto, Tony |
| 94. | Davis, Frederic Michael |
| 95. | Delgado, Jose Ricardo Soto |
| 96. | Dennis, Brandon |
| 97. | Deol, Kulwinder Singh |
| 98. | Dhaliwal, Harry |
| 99. | Dhanoa, Iqbal |
| 100. | Dias, Manuel Velazques |
| 101. | Diaz, Miguel Antonio |
| 102. | Disus, Albert A |
| 103. | Dominguez, Andrew |
| 104. | Dominguez, Guillermo |
| 105. | Dominguez, Manuel Antonio |
| 106. | Dukes, Ronnie |
| 107. | Dupper, Robert Lee |
| 108. | Elizalde, Jose Carmen |
| 109. | Ellerbe, Oliver Rommel |
| 110. | Escalante, Roberto Martin |
| 111. | Espinoza, Arnulfo Alvarado |
| 112. | Espinoza, Jose Barajas |
| 113. | Esquivel, Andres |
| 114. | Estevez, Ricardo |
| 115. | Etienne, Shawn Michael |
| 116. | Fernandez, Carlos Guillermo |

| 117. | Ferrer, Milton Quinones |
|------|-------------------------|
| 118. | Figueroa, Franklin |
| 119. | Figueroa, Raul Armando |
| 120. | Fite, Regenia Anna |
| 121. | Flores, Allen Albert |
| 122. | Flores, Bryan Jerry |
| 123. | Franco, Francisco |
| 124. | Franco, Ricardo A |
| 125. | Frye, Barry Scott |
| 126. | Fuentes, Oscar A Lopez |
| 127. | Gallaga, Gerardo Rocha |
| 128. | Gallego, Alfredo Fonseca |
| 129. | Galvan, Albert |
| 130. | Garcia, Jose A |
| 131. | Garcia, Juan |
| 132. | Garcia, Manuel De Jesus Dozal |
| 133. | Garcia, Miguel Quiroz |
| 134. | Garcia, Oscar Eduardo |
| 135. | Garcia, Reyes De Jesus Orozco |
| 136. | Gill, Chainvarinder Singh |
| 137. | Giron, Celso |
| 138. | Gomez, Abel |
| 139. | Gomez, Angel |
| 140. | Gomez, Gabriel |
| 141. | Gomez, Miguel Angel |
| 142. | Gonzalez, Francisco |
| 143. | Gonzalez, Gilberto Salas |
| 144. | Gonzalez, Jair Alejandro |
| 145. | Gonzalez, Jorge |
| 146. | Gonzalez, Jose Raul |
| 147. | Gonzalez, Jose Santiago |
| 148. | Gonzalez, Mauricio |
| 149. | Gonzalez, Raul |
| 150. | Gonzalez, Sergio |
| 151. | Goraj, Tomasz Pawel |
| 152. | Gorges, Waad |
| 153. | Gutierrez, Alejandro Olguin |
| 154. | Gutierrez, Vicente |
| 155. | Guzman, Janis Antonio |

| 156. | Hamika, Tom Riyadh |
| 157. | Hayward, Terry Lamont |
| 158. | Hearst, Timothy |
| 159. | Hermz, Arkan H |
| 160. | Hermz, Fadi |
| 161. | Hernandez, Franklin S Serpas |
| 162. | Hernandez, Ignacio |
| 163. | Hernandez, Jose Luis |
| 164. | Hernandez, Juan Carlos |
| 165. | Hernandez, Luis Enrique |
| 166. | Hernandez, Manuel Ruiz |
| 167. | Hernandez, Rodrigo Escobedo |
| 168. | Hibyan, Mouhamed Al |
| 169. | Hidalgo, Marlo A Cruz |
| 170. | Hiemer, Petr |
| 171. | Hillman, Derek |
| 172. | Hirmiz, Mario |
| 173. | Howard, Kenneth Fred |
| 174. | Ibarra, Ricardo Ramirez |
| 175. | Ibarra, Rogelio |
| 176. | Ibarra, Tomas |
| 177. | Ifeacho, Kingsley Obinna |
| 178. | Inaya, Mustafa M |
| 179. | Iscoa, Jose Francisco |
| 180. | Islas, Jesus Herrera |
| 181. | Islas, Juan Manuel |
| 182. | Jackson, Aaron |
| 183. | Jackson, Andre Barnard |
| 184. | Jamily, Mathew Mamoon |
| 185. | Jaramillo, Gustavo N |
| 186. | Jato, Donald A |
| 187. | Jones, Kimberly |
| 188. | Juarez, Rene Gustavo Nerio |
| 189. | Kanozi, Rimon Khaleel |
| 190. | Khadir, Mohamed Fethi |
| 191. | Kisinuik, Jose Luis Castro |
| 192. | Korkes, Lorans |
| 193. | Korkmaz, Irfan |
| 194. | Kramer, Alex |

| 195. | Kumar, Ashish |
| 196. | Kumar, Deepak Ray |
| 197. | Lara, Jesus |
| 198. | Larios, David |
| 199. | Larkin, Donald |
| 200. | Ledesma, Joseph Luis |
| 201. | Lee, Dyntaie Eugene |
| 202. | Lemus, Miguel |
| 203. | Leon, Fredi Ramon Leal |
| 204. | Lewis, Ramon Antonio |
| 205. | Lindsey, Donald Bruce |
| 206. | Lizarraga, Ruben |
| 207. | Llanos, Miguel Alejandro Moreno |
| 208. | Llanos, Ulyses Ismael Moreno |
| 209. | Logan, Darius Demone |
| 210. | Lomeli, Gregorio Hernandez |
| 211. | Lomeli, Jose Angel |
| 212. | Lopez, Antonio |
| 213. | Lopez, Guillermo |
| 214. | Lopez, Joel |
| 215. | Lopez, Jose Carlos |
| 216. | Lopez, Marco Antonio |
| 217. | Lopez, Miguel |
| 218. | Lopez, Raul Ortiz |
| 219. | Lopez, Roberto |
| 220. | Lopez, Rudy Alberto |
| 221. | Lor, Alvin |
| 222. | Lowe, Terrence Dwayne |
| 223. | Luna, Said Diaz |
| 224. | Macias, Carlos |
| 225. | Maloney, Robert Michael |
| 226. | Markovics, Kevin J |
| 227. | Marquez, Florencio |
| 228. | Marroquin, Karla S |
| 229. | Marshall, Keith L |
| 230. | Martinez, Armando |
| 231. | Martinez, Jose O |
| 232. | Martinez, Oscar Parrillas |
| 233. | Martinez, Rafael |

| 234. | Mccloud, Marcel Anthony |
|------|--------------------------|
| 235. | Medina, Gerardo Dominguez |
| 236. | Mejia, Atenogenes Coronel |
| 237. | Mejia, Leonel Amilkar |
| 238. | Mejia, Victor M |
| 239. | Mendez, Medardo E |
| 240. | Mesui, Niuloa Kena |
| 241. | Miguel-Ortiz, Angel |
| 242. | Mikha, Bassam Jibrayeil |
| 243. | Mims, Jermaine |
| 244. | Miranda, Mario Mata |
| 245. | Mixon, Antony Dusche |
| 246. | Miziolek, Tomasz |
| 247. | Mojica, Arturo Felix |
| 248. | Monge, Denis Xavier |
| 249. | Montes, Marlon |
| 250. | Montes, Oscar |
| 251. | Montes-Guevara, Erick |
| 252. | Montoya, Anthony |
| 253. | Montoya, Joseph |
| 254. | Monzonquevedo, Byron |
| 255. | Moore, Rodney Herman |
| 256. | Mora, Erick Jose |
| 257. | Mora, Pedro Moreno |
| 258. | Moran, Mario Lopez |
| 259. | Moreno, Jesus Eduardo |
| 260. | Moshi, Layth S |
| 261. | Mosqueda, Sergio |
| 262. | Munoz, Bernardino Munoz |
| 263. | Murillo, Christopher Angel |
| 264. | Murillo, Luis Angel Ramirez |
| 265. | Murrieta, Carlos |
| 266. | Naemo, Roni Amer |
| 267. | Najjar, Olven B |
| 268. | Neves, Canonchet |
| 269. | Nguyen, Binh Thoi |
| 270. | Nishikawa, Joshua George |
| 271. | Nunes, Theodore Eugene |
| 272. | Nuno, Eduardo Buenrostro |

| 273. | Nuno, Leopoldo A Amador |
|------|--------------------------|
| 274. | Olivas, Armando Prieto |
| 275. | Olmassakian, Vahe |
| 276. | Oraha, David |
| 277. | Oraha, Wisam B |
| 278. | Ordonez, Juan Nieves |
| 279. | Ortega, Jose Antonio Lopez |
| 280. | Ortiz, Javier G |
| 281. | Osorio, Jorge |
| 282. | Pahuamba, Javier Pablo |
| 283. | Paez, Jose Israel Alvarado |
| 284. | Palacios, Samuel Ramirez |
| 285. | Parada, Edwin Oswaldo |
| 286. | Paredes, Leodan |
| 287. | Parra, Roberto Macias |
| 288. | Partida, Carlos |
| 289. | Patel, Ishwar Lal |
| 290. | Paz, Maximino |
| 291. | Pena, Edgar Calixto Benavides |
| 292. | Penilla, Carlos |
| 293. | Peraza, Jose T |
| 294. | Perera, Anton |
| 295. | Perez, Alfredo Patron |
| 296. | Perez, Domingo |
| 297. | Perez, Iran Manuel |
| 298. | Perez, Jose Guadalupe Garduno |
| 299. | Pimentel, Pedro |
| 300. | Pleitez, Neftaly |
| 301. | Poliza, Norman Najeb |
| 302. | Polus, Wala |
| 303. | Ponce, Jose |
| 304. | Ponce, Rafael Franco |
| 305. | Pooler, Kevin Timothy |
| 306. | Prieto, Martin Soto |
| 307. | Qaryaqos, Qays Lateef |
| 308. | Qilo, Rami Rimon |
| 309. | Quezada, Omar Arambula |
| 310. | Quintanar, Gerardo |
| 311. | Rajab, Miron |

| 312. | Ramirez, Fernando Garcia |
|------|--------------------------|
| 313. | Ramirez, Jose Angel |
| 314. | Ramirez, Nicanor |
| 315. | Ramirezgonzalez, Pablo |
| 316. | Ramos, Eduardo Benito |
| 317. | Rangel, Cesar |
| 318. | Rauda, Jose W |
| 319. | Regalado, Francisco |
| 320. | Rios, Jose Alberto |
| 321. | Rivera, Edgar |
| 322. | Rivera, Francisco |
| 323. | Rizo, Micker Eden Dunaway |
| 324. | Roberts, David Wayne |
| 325. | Robinson, Jonte Lee |
| 326. | Rocha, Juan Eustolio |
| 327. | Rodriguez, Jose Luis |
| 328. | Rodriguez, Mauricio |
| 329. | Rodriguez, Ricky |
| 330. | Rogers, Claudine Jan |
| 331. | Rojas, Armando Sarmiento |
| 332. | Romo, Salvador |
| 333. | Roots, Anthony Tyrone |
| 334. | Rosiles, Manuel |
| 335. | Ruiz, Marco A |
| 336. | Ruiz, Ruben Aldrete |
| 337. | Ruiz, Virgilio Juarez |
| 338. | Russell, William |
| 339. | Saenz, Carlos Alberto |
| 340. | Sahagun, Francisco E |
| 341. | Saka, Emad |
| 342. | Salas, Alejandro Garcia |
| 343. | Salazar, Robert |
| 344. | Salgado, Felipe De Jesus |
| 345. | Sanchez, Brian Allen |
| 346. | Sanchez, Emer |
| 347. | Sanchez, Fernando |
| 348. | Sanchez, Gerardo |
| 349. | Sanchez, Jose Solis |
| 350. | Sanchez, Victor Enrique Enciso |

| 351. | Sandhu, Gurdeep |
|------|------------------|
| 352. | Sandoval, Angel |
| 353. | Sandoval, Hugo Odilio |
| 354. | Santamaria, Rafael Jesus |
| 355. | Saunders, Ian Charles |
| 356. | Sedeek, Mustafa |
| 357. | Segura, Alejandro Guerrero |
| 358. | Serrano, Jorge |
| 359. | Shamasha, Rivan Kamil |
| 360. | Shamon, Robert |
| 361. | Shamsi, Nasruddin |
| 362. | Shank, Christopher Thomas |
| 363. | Shekhar, Vinod |
| 364. | Silva, Julio Cesar Verduzco |
| 365. | Singh, Amandeep |
| 366. | Singh, Haramrit N |
| 367. | Singh, Harinder |
| 368. | Singh, Harminder |
| 369. | Singh, Harpinder |
| 370. | Singh, Jagat Biren |
| 371. | Singh, Jaswinder |
| 372. | Singh, Joga |
| 373. | Singh, Manjinder |
| 374. | Singh, Nihal |
| 375. | Singh, Rajwinder |
| 376. | Singh, Upinder |
| 377. | Smith, Archie |
| 378. | Smith, Martin J A Perez |
| 379. | Smith, Sun |
| 380. | Snell, David Michael |
| 381. | Solomon, Rahale |
| 382. | Soltero, Gabriel |
| 383. | Somo, Rami Raad Toma |
| 384. | Somo, Sleever |
| 385. | Sosa, Rafael Antonio |
| 386. | Soto, Juan |
| 387. | Stevens, David |
| 388. | Sugg, Edgar Harbert |
| 389. | Tadeo, John A |

| 390. | Tanks, Gwan Lavar |
|---|---|
| 391. | Theweny, Sarmad |
| 392. | Tobya, Bahaa Qaryaqos |
| 393. | Toledo, Daniel Salvador |
| 394. | Toledo, Elias Cabrera |
| 395. | Tomasomo, Dani |
| 396. | Torany, Firas Jibrael |
| 397. | Tornel, Jose Manuel |
| 398. | Torres, Michael Fred |
| 399. | Torres, Tony |
| 400. | Trujillo, Pablo Alcides |
| 401. | Turner, Derek |
| 402. | Ugalde, Jose Luis |
| 403. | Valdez, Juan C |
| 404. | Valdez, Lluvia |
| 405. | Valdez, Luis J Martinez |
| 406. | Valdez, Raul |
| 407. | Valdez, Raul Antonio |
| 408. | Valenzuela, Jose Antonio |
| 409. | Valerio, Francisco |
| 410. | Vann, Kevin Eugene |
| 411. | Vaquerano, Ricardo Ernesto Rivas |
| 412. | Vargas, Nicolas Tapia |
| 413. | Vasquez, Gilroy |
| 414. | Vasquez, Jonathan Michael |
| 415. | Vasquez, Juan |
| 416. | Ventura, Jose Antonio |
| 417. | Villa, Carlos D |
| 418. | Villanueva, Salvador |
| 419. | Villasenor, Salvador Gonzalez |
| 420. | Villavicencio, Roberto |
| 421. | Wade, Ericson Heath |
| 422. | Walker, Anthony Mason |
| 423. | Walker, Dennis Scott |
| 424. | West, Troy Allen |
| 425. | Williams, Marcus |
| 426. | Wood, William Chester |
| 427. | Woodson, Nathaniel Lenny |
| 428. | Xiong, Choua |

| 429. | Yac, Fredy Rolando De Leon |
|------|----------------------------|
| 430. | Younus, Sarmad |
| 431. | Yousif, Bassam Hazim |
| 432. | Yuk, Sophearoath |
| 433. | Zamora, Christian |
| 434. | Zang, Zhaoji |
| 435. | Zilfa, Ryan |
| 436. | Zilfa, Sam Sabah |
| 437. | Zouri, Steven |
| 438. | Zro, Rudy |

12

**EXHIBIT B**

*Milton Quinones v. STG Logistics, Inc., et al.,*
**Case No. 2:23-cv-01301-AB-KS**

**Opt-Out List**

| No. | Name |
|---|---|
| 1. | Barbour, Adam Christopher |
| 2. | Khalik, Mehrun A |
| 3. | Matti, Saif |
| 4. | Moore, Mark |
| 5. | Oraha, Maher Potrous |
| 6. | Slaiman, Faris |
| 7. | Yousif, Moler Basil |

1